UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

K&K ORION, LLC, et al.,

          Plaintiffs,

    v.

DYANSYS, INC.,

          Defendant.

Case No.  21-cv-03566-VC

**ORDER SETTING SCHEDULE FOR MOTIONS**

Re: Dkt. No. 19

As discussed at the October 5, 2023, hearing on the Motion to Enforce Judgment, the relief requested could not be granted without further steps by the plaintiffs. The Court then set a schedule: The plaintiffs will file any Motion to Add Parties to the Judgment and Motion for Attorneys' Fees by October 19, 2023. Proof of service to any additional parties must be filed on the docket no later than October 20, 2023. Any response to the Motion to Enforce Judgment, Motion to Add Parties, and Motion for Attorneys' Fees is due by November 9, 2023. The response must be filed in one brief, not to exceed 30 pages. The reply is due by November 6, 2023. The reply brief may not exceed 15 pages. The hearing for all three motions is set for November 30, 2023, at 1:00pm over Zoom. The plaintiffs are reminded that they must show the court that the requested relief is appropriate and within the court's authority.

    **IT IS SO ORDERED.**

Dated: October 6, 2023

VINCE CHHABRIA
United States District Judge